### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **FRANCILLA TAYLOR BETTS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO. 08-0502-CG-C** |
| ) | |
| **THE POLLARD AGENCY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

This matter is before the court on the plaintiff's unopposed motion to postpone dates of final pretrial hearing and trial (Doc. 34).

Upon due consideration, the motion is hereby **GRANTED**, and the trial of this case is **CONTINUED** to the **December 2009** civil term. Jury selection for the December term is scheduled for December 1, 2009. The pretrial conference previously scheduled for August 17, 2009 is hereby **RESCHEDULED** for **November 9, 2009 at 10:30 a.m.**, to be held in chambers, room 247.

**DONE and ORDERED** this 30th day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE