IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRANCILLA TAYLOR BETTS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CIVIL ACTION NO. 08-0502-CG-C** |
| | ) |
| | ) |
| **THE POLLARD AGENCY, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## JUDGMENT

In accordance with the court's order entered this date, granting defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED with prejudice.**

**DONE and ORDERED** this 6th day of November, 2009.

                                            /s/   Callie V. S. Granade
                                     CHIEF UNITED STATES DISTRICT JUDGE